PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
SEP 20 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH hair487@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | CASE NO. 2:16-SW-578 CKD<br><br>[PROPOSED] ORDER COMMANDING GOOGLE, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT<br><br>**UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding GOOGLE, INC., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by including giving targets an opportunity to flee or continue flight from prosecution or changing patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE, INC. shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that GOOGLE, INC.

[PROPOSED] ORDER

1

may disclose the attached warrant to an attorney for GOOGLE, INC. for the purpose of receiving legal advice. This Order shall expire 30 days after the date that GOOGLE, INC. provides information pursuant to this warrant.

    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: 9/20/2016

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

2