PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
AMY SCHULLER HITCHCOCK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAY 26 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF<br><br>INFORMATION ASSOCIATED WITH hair487@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | CASE NO. 2:16-SW-0578 CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
|---|---|

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: May 26, 2017

_____
HON. DEBORAH L. BARNES
U.S. Magistrate Judge